# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**715**

**KA 11-01985**

PRESENT: SMITH, J.P., FAHEY, CARNI, VALENTINO, AND WHALEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                          MEMORANDUM AND ORDER

CHARLES PORTERFIELD, DEFENDANT-APPELLANT.

---

THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (ROBERT L. KEMP OF COUNSEL), FOR DEFENDANT-APPELLANT.

FRANK A. SEDITA, III, DISTRICT ATTORNEY, BUFFALO (DAVID PANEPINTO OF COUNSEL), FOR RESPONDENT.

---

Appeal from a judgment of the Erie County Court (Sheila A. DiTullio, J.), rendered August 25, 2011.  The judgment convicted defendant, upon his plea of guilty, of course of sexual conduct against a child in the second degree.

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.

Memorandum:  Defendant appeals from a judgment convicting him, upon his plea of guilty, of course of sexual conduct against a child in the second degree (Penal Law § 130.80 [1] [a]).  Contrary to defendant's contention, the record establishes that he knowingly, voluntarily and intelligently waived the right to appeal (*see generally People v Lopez*, 6 NY3d 248, 256).  That valid waiver encompasses defendant's contention that County Court erred in refusing to suppress his statements to the police (*see People v Mack*, 96 AD3d 1689, 1689, *lv denied* 19 NY3d 1027; *People v Aguayo*, 37 AD3d 1081, 1081, *lv denied* 8 NY3d 981), as well as his challenge to the severity of the sentence (*see Lopez*, 6 NY3d at 255; *People v Lococo*, 92 NY2d 825, 827).

Entered:  June 7, 2013                          Frances E. Cafarell
                                                Clerk of the Court